IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LARNETTRA RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV378 |
| | ) | |
| AMERICAN UNITED LIFE INSURANCE | ) | |
| COMPANY; and STEP ONE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This matter is before the Court on a Motion [Document #18] by Defendant American United Life Insurance Company ("AUL") for leave to allow its representative to attend the scheduled settlement conference in this case by telephone. The settlement conference in this case is scheduled to be held on June 29, 2006 at 10:00 a.m. in Winston-Salem, North Carolina. This Court requires that each party have a representative with full settlement authority physically present at the settlement conference. Defendant AUL has not shown cause why the attendance of its representative should be excused. Therefore, Defendant AUL's Motion [Document #18] is DENIED, and all parties are required to have a representative with full settlement authority, in addition to their attorney of record, physically present at the settlement conference.

This, the 19th day of June, 2006.

_____
United States District Judge