IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LARNETTRA RICHARDSON,            )
                                 )
            Plaintiff,           )
                                 )
    v.                           )     1:05CV378
                                 )
AMERICAN UNITED LIFE INSURANCE   )
COMPANY; and STEP ONE, INC.,     )
                                 )
            Defendants.          )

ORDER AND JUDGMENT

Based on the Court's Findings and Conclusions entered contemporaneously herewith, IT IS ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered against Defendant American United Life Insurance Company in favor of Plaintiff Larnettra Richardson for the total amount of long-term disability benefits due her under the Plan since January 13, 2002, plus interest at the rate of eight percent (8%) per annum from and after January 13, 2002, until paid. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant pay the costs of this action, including Plaintiff's reasonable attorney's fees.

In light of this ruling, IT IS ORDERED that Plaintiff submit an affidavit to the Court within ten (10) days of the date of this Order and Judgment calculating the total benefits, interest, costs and attorney's fees owed in light of the Court's Judgment. IT IS FURTHER ORDERED that Defendant raise any objections to Plaintiff's calculation of damages within ten (10) days from the filing of the affidavit.

This, the 15th day of November, 2006.

/s/ James A. Beaty
United States District Judge