IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LARNETTRA RICHARDSON,           )
                                )
            Plaintiff,          )
                                )
      v.                        )           1:05CV378
                                )
AMERICAN UNITED LIFE INSURANCE  )
COMPANY; and STEP ONE, INC.,    )
                                )
            Defendants.         )

ORDER

This matter is before the Court pursuant to the Court's Order and Judgment dated November 15, 2006, in which the Court entered Judgment in Plaintiff's favor against Defendant American United Life Insurance Company ("AUL" or "Defendant"), and directed the parties to file briefs calculating the total benefits, interest, costs and attorney's fees owed to Plaintiff in light of the Court's Judgment. The parties have now agreed to a proper calculation of damages, costs and attorney's fees owed to Plaintiff in light of the Court's Order and Judgment. Specifically, the parties agree that Plaintiff is entitled to $42,508.30 in retroactive benefits, $7,712.87 in interest, $116.64 in costs, and $17,500 in attorney's fees. In addition, pursuant to the Court's Order and Judgment, Plaintiff is entitled to reinstatement under the terms of the Plan, and once reinstated, would then be required to provide any prospective medical information and medical releases going forward as required under the terms of the Plan to continue to qualify for benefits under the Plan. To the extent Plaintiff continues to qualify for benefits under the Plan, the parties agree that the future benefit payment to Plaintiff is $766.90 per month.

In light of these agreed-upon calculations, the parties request that the Court direct payment of $67,837.81 to Plaintiff, along with future benefits pursuant to the provisions of the Plan, in full satisfaction of the Order and Judgment in this action.

IT IS THEREFORE ORDERED pursuant to the Court's November 15, 2006 Order and Judgment, as well as the calculations agreed to by the parties, that Defendant American United Life Insurance Company pay to Plaintiff Larnettra Richardson the sum of $67,837.81 in full satisfaction of the Court's Order and Judgment in this case.  IT IS FURTHER ORDERED that Defendant American United Life Insurance Company reinstate Plaintiff Larnettra Richardson as a beneficiary subject to the provisions of the Plan.

A Final Judgment consistent with the Order will be entered contemporaneously herewith.

This, the 16th day of March, 2007.

United States District Judge

2