IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LARNETTRA RICHARDSON,           )
                                )
        Plaintiff,               )
                                )
    v.                          )       1:05CV378
                                )
AMERICAN UNITED LIFE INSURANCE  )
COMPANY; and STEP ONE, INC.,    )
                                )
        Defendants.             )

## FINAL JUDGMENT

Pursuant to the Order entered contemporaneously herewith, IT IS ORDERED, ADJUDGED AND DECREED that Defendant American United Life Insurance Company pay to Plaintiff Larnettra Richardson the sum of $67,837.81. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant American United Life Insurance Company reinstate Plaintiff Larnettra Richardson as a beneficiary subject to the provisions of the Plan.

This, the 16th day of March, 2007.

_____
United States District Judge